IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GRADY A. LEE, SR., #171618, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 2:14-cv-105-WHA |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | )     (WO) |
| | ) |
| Defendant. | ) |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #37), entered on August 20, 2015.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The Motion for Preliminary Injunction (Doc. #33) is DENIED.

2. This case is referred back to the Magistrate Judge for further proceedings.

DONE this 7th day of October, 2015.

/s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE