IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GRADY A. LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:14-CV-105-WHA |
| | ) (WO) |
| | ) |
| CORRECTIONAL MEDICAL SERVICES, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the order of the court entered on this date adopting the Recommendation of the Magistrate Judge, it is ORDERED that this case is DISMISSED with prejudice.

The Clerk is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 17th day of November, 2016.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE